IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------

CRAIG GARY

      Petitioner

: CASE NO. 1:07-CV-3103
:     1:06-CR-049

-vs-

UNITED STATES OF AMERICA

      Respondent

: JUDGMENT ENTRY

------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having contemporaneously entered its Memorandum of Opinion and Order denying Craig Gary's petition for relief under 28 U.S.C. § 2255, hereby dismisses the matter with prejudice. Further, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed. R. App. P. 22(b); 28 U.S.C. § 2253(c).

IT IS SO ORDERED.

Dated: 2 April 08

                /s/ Lesley Wells
                UNITED STATES DISTRICT JUDGE